People v Adams
2026 NY Slip Op 03541
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
MICHAEL ADAMS, DEFENDANT-APPELLANT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
272 KA 23-00565
Present: Whalen, P.J., Bannister, Montour, Greenwood, And Hannah, JJ.

JULIE CIANCA, PUBLIC DEFENDER, ROCHESTER (JANE I. YOON OF COUNSEL), FOR DEFENDANT-APPELLANT.
BRIAN P. GREEN, DISTRICT ATTORNEY, ROCHESTER (LISA GRAY OF COUNSEL), FOR RESPONDENT.

Appeal from a judgment of the Monroe County Court (Douglas A. Randall, J.), rendered February 21, 2023. The judgment revoked defendant's sentence of probation and imposed a sentence of incarceration.
[*1]
It is hereby ORDERED that said appeal is unanimously dismissed.
Memorandum: Defendant appeals from a judgment revoking the sentence of probation imposed upon his conviction, following his plea of guilty, of driving while intoxicated as a class E felony (Vehicle and Traffic Law §§ 1192 [3]; 1193 [1] [c] [i] [A]) and sentencing him to a term of incarceration. Defendant's sole contention is that the sentence is unduly harsh and severe. Inasmuch as defendant has completed serving that sentence, the appeal is moot (see People v Linn, 194 AD3d 1420, 1420-1421 [4th Dept 2021], lv denied 37 NY3d 973 [2021]; People v Pompeo, 151 AD3d 1949, 1949-1950 [4th Dept 2017], lv denied 29 NY3d 1132 [2017]).
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court